IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFRON CAPITAL CORP., et al., | No. C 05-00882 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| LEADIS TECHNOLOGY, | |
| Defendant. / | |

Now before the Court is the application by the Le Group requesting that its motion for appointment of lead plaintiff and appointment of lead counsel be removed from the Court's June 10, 2005 motion calendar. The application is hereby DENIED.

**IT IS SO ORDERED.**

Dated: June 7, 2005

/s/
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\0882\Order 1.wpd