Robert S. Green (State Bar No. 136183)
**GREEN WELLING LLP**
595 Market Street, Suite 2750
San Francisco, California 94105
Telephone:    (415) 477-6700
Facsimile:     (415) 477-6710
Email:  rsg@classcounsel.com

*Liaison Counsel for Lead Plaintiff and Class*

Andrew L. Zivitz (azivitz@sbclasslaw.com)
Todd M. Mosser (tmosser@sbclasslaw.com)
**SCHIFFRIN & BARROWAY, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone:    (610) 667-7706
Facsimile:     (610) 667-7056

*Lead Counsel for Lead Plaintiff and Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LEADIS TECHNOLOGY, INC. SECURITIES LITIGATION | Master File No. C-05-0882-CRB |
| | **CLASS ACTION** |
| This Document Relates To: | |
| All Actions. | **STIPULATION AND [PROPOSED] ORDER EXTENDING JULY 25, 2005 DEADLINE FOR CONSOLIDATED COMPLAINT** |

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE
Master File No. C-05-0882-CRB                                                                                       1

1

2   WHEREAS, on March 11, 2005, Plaintiff Charles Gottschalk filed a complaint (C-05-
3   1034-CRB) in this action.

4   WHEREAS, on April 15, 2005, a Stipulation and [Proposed] Order to Consolidated
5   Related Actions and Establish Briefing Schedule ("Consolidation Stipulation") was filed with
6   this Court.

7   WHEREAS, on April 21, 2005, this Court entered the Stipulation and Order to
8   Consolidate Related Actions and Establish Briefing Schedule ("Stipulation Approval Order").

9   WHEREAS, on June 10, 2005, this Court entered an Order appointing the Le Group as
10  Lead Plaintiff and appointing Schiffrin & Barroway, LLP as Lead Counsel and Green Welling
11  LLP as Liaison Counsel ("Lead Plaintiff Order").

12  WHERAS, pursuant to the Stipulation Approval Order, Lead Plaintiff's Consolidated
13  Complaint is due on July 25, 2005, 45 days after this Court entered the Lead Plaintiff Order.

14  WHEREAS, Lead Counsel and Counsel for Defendants have agreed to a two week
15  extension to file the Consolidated Complaint.

16  WHEREAS, Lead Counsel has worked diligently to complete the Consolidated
17  Complaint, Lead Counsel's request for an extension is due to irreconcilable scheduling conflicts
18  as further detailed in the Declaration of Andrew L. Zivitz, pursuant to Civil Local Rule, 6-2(a).

19  WHEREAS, neither Lead Counsel nor Counsel for Defendants have made any prior
20  requests for an extension of a filing deadline.

21  WHEREAS, a two week extension of the deadline to file the Consolidated Complaint
22  would not significantly alter the schedule of the case as established by the Stipulation Approval
23  Order.

24  \\
25  \\
26  \\
27
28

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE
Master File No. C-05-0882-CRB                                            2

1  NOW THEREFORE, the parties to this action, by and through their attorneys, hereby
2  stipulate and agree, and request that this Court order pursuant to Civil Local Rule, 6-2(b):
3      1.  Lead Plaintiff shall file its Consolidated Complaint no later than August 8, 2005.

5  IT IS SO STIPULATED.

**GREEN WELLING LLP**

Dated: July ___, 2005          By: _____
                                   Robert S. Green

595 Market Street, Suite 2750
San Francisco, California 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

*Liaison Counsel for Lead Plaintiff and Class*

Andrew L. Zivitz
Todd M. Mosser
**SCHIFFRIN & BARROWAY, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Lead Counsel for Lead Plaintiff and Class*

**COOLEY GODWARD LLP**
William Grauer
Grant P. Fondo
Laura Smith
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone:  (650) 843-5000
Facsimile:   (650) 857-0663

Dated: July ___, 2005          By: _____

*Counsel for Defendants*

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE
Master File No. C-05-0882-CRB

3

1  **ATTESTATION PURSUANT TO GENERAL ORDER 45**

2  I Robert Green, attest that concurrence in the filing of this document has been obtained
3  from each of the other signatories. I declare under penalty of perjury that the foregoing is true
4  and correct. Executed this 18th day of July, 2005 at San Francisco, California

By: _____
Robert S. Green

14  **[~~PROPOSED~~] ORDER**

15  Pursuant to the stipulation of counsel, IT IS SO ORDERED.

17  Dated: July 25, 2005

_____
The Honorable
United States



STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE
Master File No. C-05-0882-CRB

4