COOLEY GODWARD LLP
WILLIAM GRAUER (84806) (grauer@cooley.com)
GRANT P. FONDO (181530) (gfondo@cooley.com)
LAURA R. SMITH (205159) (laura.smith@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:      (650) 857-0663

Attorneys for Defendants
LEADIS TECHNOLOGY, INC., SUNG TAE ('STEVE")
AHN, VICTOR LEE, KEUNMYUNG ("KEN") LEE, LIP-BU
TAN, KENNETH GOLDMAN, JAMES PLUMMER and
ARATI PRABHAKAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re LEADIS TECHNOLOGY, INC. SECURITIES LITIGATION, | Master File No.  C-05-0882-CRB |
|---|---|
| | **CLASS ACTION** |
| This Document Relates To: | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING FURTHER CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO FILE MOTIONS TO DISMISS** |
| ALL ACTIONS. | |
| | Trial Date:  Not Yet Set |

1    WHEREAS, on March 11, 2005, Plaintiff Charles Gottschalk filed a complaint (C-05-1034-CRB in this action against defendants Leadis Technology, Inc., Sung Tae Ahn, Victor Lee, Keunmyung Lee, Lip-Bu Tan, Kenneth Goldman, James Plummer and Arati Prabhakar (collectively, the "Leadis defendants").

WHEREAS, on April 15, 2005 a Stipulation and [Proposed] Order to Consolidate Related Actions and Establish Briefing Schedule ("Consolidation Stipulation") was filed with this Court and provided that the Leadis defendants would have 45 days to file a motion to dismiss after plaintiffs filed their Consolidated Complaint.

WHEREAS, on April 21, 2005, this Court entered the Stipulation and Order to Consolidate Related Actions and Establish Briefing Schedule ("Stipulation Approval Order").

WHEREAS, on June 10, 2005, this Court entered an Order appointing the Le Group as Lead Plaintiff and appointing Schiffrin & Barroway, LLP as Lead Counsel and Green Welling LLP as Liason Counsel.

WHEREAS, on June 10, 2005, this Court also entered a Minute Order setting the case for a Further Case Management Conference on September 2, 2005 at 8:30 a.m.

WHEREAS, on August 24, 2005, this Court entered a Notice rescheduling the Case Management Conference for September 9, 2005 at 8:30 a.m.

WHEREAS, on August, 8, 2005, Lead Plaintiff filed its Consolidated Class Action Complaint ("Consolidated Complaint") against the Leadis defendants and new defendants Goldman, Sachs & Co. ("Goldman Sachs"), Merrill Lynch, Pierce, Fenner & Smith ("Merrill Lynch"), Thomas Weisel Partners LLC ("Weisel") and Needham & Company ("Needham").

WHEREAS, defendants Goldman Sachs, Merrill Lynch, Weisel and Needham were not named as defendants in plaintiffs' original complaint and were not parties to the Consolidation Stipulation.

WHEREAS, the defendants in this action intend to file motions to dismiss the Consolidated Complaint.

/ / /

/ / /

1  WHEREAS, in the interests of judicial economy, it would best serve the Court and the parties to the action for all defendants to have the same briefing schedule and only one hearing for the motions to dismiss.

NOW THEREFORE, the parties to the action, by and through their attorneys, hereby stipulate and agree, and request that:

1. The Case Management Conference be rescheduled for October 28, 2005.
2. Defendants' time to file their motions to dismiss be extended to October 14, 2005.

IT IS SO STIPULATED.

Dated: August 30, 2005                         COOLEY GODWARD LLP


                                               /s/
                                               ─────────────────────────
                                               Grant P. Fondo

                                               Attorneys for Defendants
                                               LEADIS TECHNOLOGY, INC., SUNG TAE
                                               ('STEVE") AHN, VICTOR LEE, KEUNMYUNG
                                               ("KEN") LEE, LIP-BU TAN, KENNETH
                                               GOLDMAN, JAMES PLUMMER and ARATI
                                               PRABHAKAR


Dated: August 30, 2005                         GIBSON DUNN & CRUTCHER LLP


                                               /s/
                                               ─────────────────────────
                                               Jonathan Dickey

                                               1881 Page Mill Road
                                               Palo Alto, California 94304
                                               Telephone: (650) 849-5324
                                               Facsimile: (650) 849-5024

                                               Attorneys for Defendants
                                               GOLDMAN, SACHS & CO., MERRILL
                                               LYNCH, PIERCE, FENNER & SMITH,
                                               THOMAS WEISEL PARTNERS LLC AND
                                               NEEDHAM & COMPANY

| | | |
|---|---|---|
| 1 | Dated: August 30, 2005 | GREEN WELLING LLP |
| 2 | | |
| 3 | | /s/ |
| 4 | | Robert S. Green |
| 5 | | 595 Market Street, Suite 2750 |
| 6 | | San Francisco, California 94015<br>Telephone: (415) 477-6700 |
| 7 | | Facsimile: (415) 477-6710 |
| 8 | | *Liaison Counsel for Lead Plaintiff and Class* |
| 9 | | Andrew L. Zivitz<br>Todd M. Moser |
| 10 | | SCHIFFRIN & BARROWAY, LLP<br>280 King of Prussia Road |
| 11 | | Radnor, PA 19087<br>Telephone: (610 667-7706 |
| 12 | | Facsimile: (610) 667-7056 |
| 13 | | *Lead Counsel for Lead Plaintiff and Class* |

### [PROPOSED] ORDER

Pursuant to the stipulation of counsel, IT IS SO ORDERED.

Dated: Sept. 7, 2005

APPROVED

/s/ Judge Charles R. Breyer

The Honorable Charles R. Breyer
United States District Court

541098 v2/HN