COOLEY GODWARD LLP
WILLIAM GRAUER (84806) (grauer@cooley.com)
GRANT P. FONDO (181530) (gfondo@cooley.com)
LAURA R. SMITH (205159) (laura.smith@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:      (650) 857-0663

Attorneys for Defendants
LEADIS TECHNOLOGY, INC., SUNG TAE ('STEVE")
AHN, VICTOR LEE, KEUNMYUNG ("KEN") LEE, LIP-BU
TAN, KENNETH GOLDMAN, JAMES PLUMMER and
ARATI PRABHAKAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LEADIS TECHNOLOGY, INC. SECURITIES LITIGATION,<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No.  C-05-0882-CRB<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING FURTHER CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO FILE MOTIONS TO DISMISS**<br><br>Trial Date: Not Yet Set |

1  WHEREAS, on March 11, 2005, Plaintiff Charles Gottschalk filed a complaint (C-05-1034-CRB in this action against defendants Leadis Technology, Inc., Sung Tae Ahn, Victor Lee, Keunmyung Lee, Lip-Bu Tan, Kenneth Goldman, James Plummer and Arati Prabhakar (collectively, the "Leadis defendants").

WHEREAS, on April 21, 2005, this Court entered the Stipulation and Order to Consolidate Related Actions and Establish Briefing Schedule ("Stipulation Approval Order").

WHEREAS, on June 10, 2005, this Court entered an Order appointing the Le Group as Lead Plaintiff and appointing Schiffrin & Barroway, LLP as Lead Counsel and Green Welling LLP as Liason Counsel.

WHEREAS, on June 10, 2005, this Court also entered a Minute Order setting the case for a Further Case Management Conference on September 2, 2005 at 8:30 a.m.

WHEREAS, on August, 8, 2005, Lead Plaintiff filed its Consolidated Class Action Complaint ("Consolidated Complaint") against the Leadis defendants and new defendants Goldman, Sachs & Co. ("Goldman Sachs"), Merrill Lynch, Pierce, Fenner & Smith ("Merrill Lynch"), Thomas Weisel Partners LLC ("Weisel") and Needham & Company ("Needham") (collectively, "Defendants").

WHEREAS, on August 24, 2005, this Court entered a Notice rescheduling the Case Management Conference for September 9, 2005 at 8:30 a.m.

WHEREAS, on September 7, 2005, this Court entered the Stipulation and Order to reschedule a Further Case Management Conference to October 28, 2005, and extending Defendant's time to file their motion to dismiss to October 14, 2005.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

NOW THEREFORE, the parties to the action, by and through their attorneys, hereby stipulate and agree, and request that:

1. Defendants' time to file their motions to dismiss be extended to October 28, 2005.
2. Plaintiffs shall file their opposition brief by January 3, 2006.
3. Defendants shall file their reply brief by February 2, 2006.
4. The Case Management Conference shall be rescheduled for November 18, 2005 at 8:30 a.m.

IT IS SO STIPULATED.

Dated: October 11, 2005          COOLEY GODWARD LLP

                                 _____/s/_____
                                 Laura R. Smith

                                 Attorneys for Defendants
                                 LEADIS TECHNOLOGY, INC., SUNG TAE
                                 ('STEVE") AHN, VICTOR LEE, KEUNMYUNG
                                 ("KEN") LEE, LIP-BU TAN, KENNETH
                                 GOLDMAN, JAMES PLUMMER and ARATI
                                 PRABHAKAR

Dated: October 11, 2005          GIBSON DUNN & CRUTCHER LLP

                                 _____/s/_____
                                 Jonathan Dickey

                                 1881 Page Mill Road
                                 Palo Alto, California 94304
                                 Telephone: (650) 849-5324
                                 Facsimile: (650) 849-5024

                                 Attorneys for Defendants
                                 GOLDMAN, SACHS & CO., MERRILL
                                 LYNCH, PIERCE, FENNER & SMITH,
                                 THOMAS WEISEL PARTNERS LLC AND
                                 NEEDHAM & COMPANY

| | |
|---|---|
| Dated: October 11, 2005 | GREEN WELLING LLP |
| | |
| | /s/ |
| | Robert S. Green |
| | |
| | 595 Market Street, Suite 2750 |
| | San Francisco, California 94015 |
| | Telephone: (415) 477-6700 |
| | Facsimile: (415) 477-6710 |
| | |
| | *Liaison Counsel for Lead Plaintiff and Class* |
| | Andrew L. Zivitz |
| | Todd M. Moser |
| | SCHIFFRIN & BARROWAY, LLP |
| | 280 King of Prussia Road |
| | Radnor, PA 19087 |
| | Telephone: (610 667-7706 |
| | Facsimile: (610) 667-7056 |
| | |
| | *Lead Counsel for Lead Plaintiff and Class* |

## [PROPOSED] ORDER

Pursuant to the stipulation of counsel, IT IS SO ORDERED.

Dated: October 11, 2005

_____
The Hon. Charles R. Breyer
United States District Court

APPROVED
Judge Charles R. Breyer

712489 v1/PA

3.  **STIPULATION AND [PROPOSED] ORDER**
    **MASTER FILE NO. C-05-0882-CRB**

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO