1  COOLEY GODWARD LLP
   GRANT P. FONDO (181530) (gfondo@cooley.com)
2  LAURA R. SMITH (205159) (laura.smith@cooley.com)
   Five Palo Alto Square
3  3000 El Camino Real
   Palo Alto, CA  94306-2155
4  Telephone:     (650) 843-5000
   Facsimile:     (650) 857-0663
5
   Attorneys for Defendants
6  LEADIS TECHNOLOGY, INC., SUNG TAE ("STEVE")
   AHN, VICTOR LEE, KEUNMYUNG ("KEN") LEE, LIP-BU
7  TAN, KENNETH GOLDMAN, JAMES PLUMMER and
   ARATI PRABHAKAR
8
9                  UNITED STATES DISTRICT COURT
10               NORTHERN DISTRICT OF CALIFORNIA
11

12  In re LEADIS TECHNOLOGY, INC.          Master File No.  C-05-0882-CRB
    SECURITIES LITIGATION,
13                                         **CLASS ACTION**

14  This Document Relates To:              STIPULATION AND [PROPOSED]
                                           ORDER AGREEING TO EXTEND
15            ALL ACTIONS.                 PAGE LIMITATION FOR LEADIS
                                           DEFENDANTS' MEMORANDUM OF
16                                         POINTS AND AUTHORITIES IN
                                           SUPPORT OF MOTION TO DISMISS
17                                         CONSOLIDATED CLASS ACTION
                                           COMPLAINT AND PLAINTIFFS'
18                                         RESPONSE THERETO

19                                         Trial Date:  Not Yet Set
20
21
22
23
24
25
26
27
28

WHEREAS, on March 11, 2005, Plaintiff Charles Gottschalk filed a 29-page complaint (C-05-1034-CRB in this action against defendants Leadis Technology, Inc., Sung Tae Ahn, Victor Lee, Keunmyung Lee, Lip-Bu Tan, Kenneth Goldman, James Plummer and Arati Prabhakar (collectively, the "Leadis Defendants") and Goldman, Sachs & Co., Merrill Lynch, Pierce, Fenner & Smith, Thomas Weisel Partners LLC, and Needham & Company, Inc. (collectively, the "Underwriter Defendants").

WHEREAS, pursuant to the Order dated October 11, 2005, the defendants' motions to dismiss plaintiffs' Consolidated Amended Complaint ("Complaint") are due to be filed by October 28, 2005.

WHEREAS, the Complaint features lengthy allegations referencing numerous statements contained in Leadis' Prospectus and Registration Statement, filed on or about June 16, 2004, and involves complex issues under the federal securities laws.

WHEREAS, the complexity of both the nature of the allegations, and the responses to such allegations require a careful analysis of these statements, their context and the case law.

WHEREAS, the Court's Standing Order provides that all briefs or memoranda of points and authorities in support of any motion may not exceed 15 pages in length.

WHEREAS, in order to promote judicial efficiency and avoid unnecessary duplication, the seven individual Leadis Defendants, as well as defendant Leadis Technology, Inc., intend to file one Memorandum of Points and Authorities in Support of their Motion to Dismiss the Consolidated Class Action Complaint ("Memorandum of Points and Authorities") not in excess of 25 pages.

WHEREAS, the Leadis Defendants intend to file concurrently herewith a Motion for Administrative Relief to Extend Page Limitations (the "Motion") requesting a page limitation extension to 25 pages for their Memorandum of Points and Authorities.

WHEREAS, the other parties to the action agree not to oppose the Leadis Defendants' request for an extension of page limitation to 25 pages provided that plaintiffs receive the same extension, and waive the time period under Civil L.R. 7-11(b) for filing an opposition to the Motion.

1    WHEREAS, the other parties do not oppose plaintiffs' extension request

2    NOW THEREFORE, the parties to the action, by and through their attorneys, hereby

3    stipulate and agree, and request that:

4        1.    The Leadis Defendants be permitted a page limitation extension to 25 pages for

5    their Memorandum of Points and Authorities.

6        2.    Plaintiffs be permitted a page limitation extension to 25 pages for their response to

7    the Memorandum of Points and Authorities.

8        IT IS SO STIPULATED.

9    Dated: October 28, 2005                    COOLEY GODWARD LLP

10

11

12                                              /s/
                                                Laura R. Smith

13                                              Attorneys for Defendants
                                                LEADIS TECHNOLOGY, INC., SUNG TAE
14                                              ("STEVE") AHN, VICTOR LEE, KEUNMYUNG
                                                ("KEN") LEE, LIP-BU TAN, KENNETH
15                                              GOLDMAN, JAMES PLUMMER and ARATI
                                                PRABHAKAR
16

17   Dated: October 28, 2005                    GIBSON DUNN & CRUTCHER LLP

18

19                                              /s/
20                                              Michael B. Smith

21                                              1881 Page Mill Road
                                                Palo Alto, California 94304
22                                              Telephone: (650) 849-5324
                                                Facsimile: (650) 849-5024
23
                                                Attorneys for Defendants
24                                              GOLDMAN, SACHS & CO., MERRILL
                                                LYNCH, PIERCE, FENNER & SMITH,
25                                              THOMAS WEISEL PARTNERS LLC AND
                                                NEEDHAM & COMPANY
26

27

28

1    Dated: October 28, 2005                    GREEN WELLING LLP

2

3                                                        /s/

4                                              Avin P. Sharma

5                                              595 Market Street, Suite 2750
                                               San Francisco, California 94015
6                                              Telephone: (415) 477-6700
                                               Facsimile: (415) 477-6710
7

8                                              *Liaison Counsel for Lead Plaintiff and Class*

9                                              Andrew L. Zivitz
                                               Todd M. Moser
10                                             SCHIFFRIN & BARROWAY, LLP
                                               280 King of Prussia Road
11                                             Radnor, PA 19087
                                               Telephone: (610) 667-7706
12                                             Facsimile: (610) 667-7056

13                                             *Lead Counsel for Lead Plaintiff and Class*

14

15

16

17                                    **[PROPOSED] ORDER**

18           Pursuant to the stipulation of counsel, IT IS SO ORDERED.

19

20   Dated: _October 28, 2005_____

21   713944 v1/PA                              The Honorable Charles R. Breyer
                                               United States District Court

22

23

24

25

26

27

28

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

                                        3.        **STIPULATION AND [PROPOSED] ORDER**
                                                  **MASTER FILE NO. C-05-0882-CRB**