1 | Robert S. Green (State Bar No. 136183)
**GREEN WELLING LLP**
2 | 595 Market Street, Suite 2750
San Francisco, CA 94105
3 | Telephone: (415) 477-6700
Facsimile: (415) 477-6710
4 | Email: cand.uscourts@classcounsel.com

5 | *Liaison Counsel for Lead Plaintiff and Class*

6 | Andrew L. Zivitz (azivitz@sbclasslaw.com) *(Admitted pro hac vice)*
Todd M. Mosser (tmosser@sbclasslaw.com) *(Admitted pro hac vice)*
7 | Robin Winchester (rwinchester@sbclasslaw.com) *(Admitted Pro Hac Vice)*
**SCHIFFRIN & BARROWAY, LLP**
8 | 280 King of Prussia Road
Radnor, PA 19087
9 | Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Lead Counsel for Lead Plaintiff and Class*

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LEADIS TECHNOLOGY, INC. SECURITIES LITIGATION | Master File No. C-05-0882-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER AUTHORIZING PLAINTIFFS TO FILE ONE CONSOLIDATED BRIEF IN OPPOSITION TO ALL DEFENDANTS' MOTIONS TO DISMISS**<br><br>Trial Date: Not Yet Set<br><br>**<u>JURY TRIAL DEMANDED</u>** |

STIP. AND [PROPOSED] ORDER AUTHORIZING PLAINTIFFS TO FILE ONE CONSOLIDATED BRIEF IN OPP. TO ALL DEFS' MOTIONS TO DISMISS- Master File C-05-0882 CRB

1  WHEREAS, on August 8, 2005, Plaintiffs filed a Consolidated Class Action Complaint
2  (C-05-1034-CRB) in this action against defendants Leadis Technology, Inc., Sung Tae Ahn,
3  Victor Lee, Keunmyung Lee, Lip-Bu Tan, Kenneth Goldman, James Plummer and Arati
4  Prabhakar (collectively, the "Leadis Defendants") and Goldman, Sachs & Co., Merrill Lynch,
5  Pierce, Fenner & Smith, Thomas Weisel Partners LLC, and Needham & Company, Inc.
6  (collectively, the "Underwriter Defendants");
7  WHEREAS, pursuant to this Court's Order dated October 12, 2005 (the "October 12,
8  2005 Order"), the defendants' motions to dismiss the Consolidated Class Action Complaint ("the
9  Complaint") were due to be filed by October 28, 2005;
10  WHEREAS, the Court's Standing Orders provide that all briefs or memoranda of points
11  and authorities in support of any motion or opposition may not exceed fifteen (15) pages in
12  length;
13  WHEREAS, pursuant to this Court's Order dated October 28, 2005 (the "October 28,
14  2005 Order"), the Leadis Defendants were granted leave to file one Memorandum of Points and
15  Authorities in Support of their Motion to Dismiss the Consolidated Class Action Complaint (the
16  "Leadis Defendants' Motion to Dismiss") not to exceed twenty-five (25) pages;
17  WHEREAS, pursuant to the October 28, 2005 Order, Plaintiffs were granted leave to file
18  a response memorandum to the Leadis Defendants' Motion to Dismiss not to exceed twenty-five
19  (25) pages;
20  WHEREAS, the Leadis Defendants filed their Motion to Dismiss and supporting
21  Memorandum on October 28, 2005;
22  WHEREAS, the Underwriter Defendants filed a separate Memorandum of Points and
23  Authorities in Support of their Motion to Dismiss the Consolidated Class Action Complaint (the
24  "Underwriter Defendants' Motion to Dismiss") on October 28, 2005.
25  WHEREAS, Plaintiffs are therefore entitled to file: (1) a memorandum not to exceed
26  twenty-five (25) pages in response to the Leadis Defendants' Motion to Dismiss; and (2) a
27
28

1  separate memorandum not to exceed fifteen (15) pages in response to the Underwriter
2  Defendants' Motion to Dismiss.
3      WHEREAS, in the interests of judicial economy and to avoid duplication, Plaintiffs' wish
4  to file one memorandum not to exceed forty (40) pages, rather than two separate memoranda
5  totaling forty (40) pages, in response to all defendants' motions to dismiss.
6      WHEREAS, defendants agree not to oppose Plaintiffs' request to file one brief not to
7  exceed forty (40) pages in response to all defendants' motions to dismiss.
8      NOW THEREFORE, the parties to the action, by and through their attorneys, hereby
9  stipulate and agree, and request that:
10     1.   Plaintiffs be permitted to file one consolidated memorandum in support of their
11 opposition to all defendants' motions to dismiss not to exceed forty (40) pages.

IT IS SO STIPULATED.

Dated: December 9, 2005            **SCHIFFRIN & BARROWAY, LLP**

                                   /s/ Andrew L. Zivits
                                   Andrew L. Zivits (admitted pro hac vice)

                                   Todd M. Mosser (admitted pro hac vice)
                                   Michelle Backes (admitted pro hac vice)
                                   280 King of Prussia Road
                                   Radnor, PA 19087
                                   Telephone: (610) 667-7706
                                   Facsimile: (610) 667-7056

                                   Lead Counsel for Plaintiffs and the Class

| | | |
|---|---|---|
| 1 | Dated: December 14, 2005 | **GREEN WELLING LLP** |
| 2 | | /s/ Robert S. Green |
| 3 | | Robert S. Green (State Bar No. 136183) |
| 4 | | 595 Market Street, Suite 2750 |
| 5 | | San Francisco, California 94105<br>Telephone: (415) 477-6700 |
| 6 | | Facsimile: (415) 477-6710 |
| 7 | | Liaison Counsel for Plaintiffs and the Class |
| 8 | Dated: December 9, 2005 | **COOLEY GODWARD LLP** |
| 9 | | /s/ William Grauer |
| 10 | | |
| 11 | | William Grauer (State Bar No. 84806)<br>Grant P. Fondo (State Bar No. 181530) |
| 12 | | Laura R. Smith (State Bar No. 205159)<br>Five Palo Alto Square |
| 13 | | 3000 El Camino Real<br>Palo Alto, California 94306-2155 |
| 14 | | Telephone: (650) 843-5000<br>Facsimile: (650) 857-0663 |
| 15 | | |
| 16 | | Counsel for the Leadis Defendants |
| 17 | Dated: December 9, 2005 | **GIBSON DUNN & CRUTCHER LLP** |
| 18 | | /s/ Kevin S. Rosen |
| 19 | | |
| 20 | | Kevin S. Rosen<br>1881 Page Mill Road |
| 21 | | Palo Alto, California 94304<br>Telephone: (650) 849-5324 |
| 22 | | Facsimile: (650) 849-5024 |
| 23 | | Counsel for the Underwriter Defendants |

[~~PROPOSED~~] ORDER

Pursuant to the stipulation of counsel, IT IS SO ORDERED

Dated: Dec. 16, 2005



The Honorable Charles R. Breyer
United States District Court

STIP. AND [PROPOSED] ORDER AUTHORIZING PLAINTIFFS TO FILE ONE CONSOLIDATED BRIEF IN OPP. TO ALL DEFS' MOTIONS TO DISMISS- Master File C-05-0882 CRB    4