COOLEY GODWARD LLP
GRANT P. FONDO (181530) (gfondo@cooley.com)
LAURA R. SMITH (205159) (laura.smith@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendants
LEADIS TECHNOLOGY, INC., SUNG TAE ("STEVE") AHN, VICTOR LEE, KEUNMYUNG ("KEN") LEE, LIP-BU TAN, KENNETH GOLDMAN, JAMES PLUMMER and ARATI PRABHAKAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LEADIS TECHNOLOGY, INC. SECURITIES LITIGATION, | Master File No. C-05-0882-CRB |
| | **CLASS ACTION** |
| This Document Relates To: ALL ACTIONS. | STIPULATION AND [PROPOSED] ORDER AGREEING TO EXTEND PAGE LIMITATION FOR LEADIS DEFENDANTS' AND UNDERWRITER DEFENDANTS' REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT |
| | Trial Date: Not Yet Set |

WHEREAS, on August 8, 2005, Plaintiffs filed a Consolidated Class Action Complaint (C-05-1034-CRB) in this action against defendants Leadis Technology, Inc., Sung Tae Ahn, Victor Lee, Keunmyung Lee, Lip-Bu Tan, Kenneth Goldman, James Plummer and Arati Prabhakar (collectively, the "Leadis Defendants") and Goldman, Sachs & Co., Merrill Lynch, Pierce, Fenner & Smith, Thomas Weisel Partners LLC, and Needham & Company, Inc. (collectively, the "Underwriter Defendants");

WHEREAS, the Leadis Defendants filed a Motion to Dismiss the Consolidated Class Action Complaint and Supporting Memorandum on October 28, 2005;

WHEREAS, the Underwriter Defendants also filed a Motion to Dismiss and Supporting Memorandum on October 28, 2005;

WHEREAS, on October 28, 2005, pursuant to the parties' stipulation, this Court granted leave to extend both the Leadis Defendants' Motion to Dismiss and the Plaintiffs' Opposition Brief to 25 pages;

WHEREAS, on January 4, 2006, with this Court's permission, the Plaintiffs filed a 36-page Corrected Consolidated Brief in Opposition to all defendants' Motions to Dismiss;

WHEREAS, in order to promote judicial efficiency and avoid unnecessary duplication, the Leadis Defendants and Underwriter Defendants intend to file one consolidated Reply Brief not in excess of 20 pages;

WHEREAS, the Court's Standing Order provides that all briefs or memoranda of points and authorities in support of any motion may not exceed 15 pages in length;

WHEREAS, the Leadis and Underwriter Defendants intend to file concurrently herewith a Motion for Administrative Relief to Extend Page Limitations (the "Motion") requesting a page limitation extension to 20 pages for their Reply Brief; and

WHEREAS, the other parties to the action agree not to oppose the Leadis and Underwriter Defendants' request for an extension of page limitation to 20 pages;

NOW THEREFORE, the parties to the action, by and through their attorneys, hereby stipulate and agree, and request that:

The Leadis Defendants and Underwriter Defendants be permitted to file a consolidated

1  Reply Brief to Plaintiffs Opposition to the Motion to Dismiss not to exceed 20 pages.

3  IT IS SO STIPULATED.

Dated: January 20, 2006                         COOLEY GODWARD LLP

                                                *(signature)*
                                                Laura R. Smith

                                                Attorneys for Defendants
                                                LEADIS TECHNOLOGY, INC., SUNG TAE
                                                ("STEVE") AHN, VICTOR LEE, KEUNMYUNG
                                                ("KEN") LEE, LIP-BU TAN, KENNETH
                                                GOLDMAN, JAMES PLUMMER and ARATI
                                                PRABHAKAR

Dated: January 20, 2006                         GIBSON DUNN & CRUTCHER LLP


                                                Michael B. Smith

                                                1881 Page Mill Road
                                                Palo Alto, California 94304
                                                Telephone: (650) 849-5324
                                                Facsimile: (650) 849-5024

                                                Attorneys for Defendants
                                                GOLDMAN, SACHS & CO., MERRILL
                                                LYNCH, PIERCE, FENNER & SMITH,
                                                THOMAS WEISEL PARTNERS LLC AND
                                                NEEDHAM & COMPANY

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

2.                    STIPULATION AND [PROPOSED] ORDER
                      MASTER FILE NO. C-05-0882-CRB

1  Reply Brief to Plaintiffs Opposition to the Motion to Dismiss not to exceed 20 pages.

3      IT IS SO STIPULATED.

4  Dated: January 20, 2006          COOLEY GODWARD LLP

7  Laura R. Smith

8  Attorneys for Defendants
LEADIS TECHNOLOGY, INC., SUNG TAE ("STEVE") AHN, VICTOR LEE, KEUNMYUNG ("KEN") LEE, LIP-BU TAN, KENNETH GOLDMAN, JAMES PLUMMER and ARATI PRABHAKAR

12  Dated: January 20, 2006          GIBSON DUNN & CRUTCHER LLP

14  _____
Michael B. Smith

16  1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5338
Facsimile: (650) 849-5038

18  Attorneys for Defendants
GOLDMAN, SACHS & CO., MERRILL LYNCH, PIERCE, FENNER & SMITH, THOMAS WEISEL PARTNERS LLC AND NEEDHAM & COMPANY

| | | |
|---|---|---|
| 1 | Dated: January 23, 2006 | GREEN WELLING LLP |
| 2 | | |
| 3 | | /s/ Avin Sharma |
| 4 | | Avin P. Sharma |

595 Market Street, Suite 2750
San Francisco, California 94015
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

*Liaison Counsel for Lead Plaintiff and Class*

Andrew L. Zivitz
Todd M. Mosser
SCHIFFRIN & BARROWAY, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Lead Counsel for Lead Plaintiff and Class*

### [PROPOSED] ORDER

Pursuant to the stipulation of counsel, IT IS SO ORDERED.

Dated: January 24, 2006

The Honorable Charles R. Breyer
United States District Judge

719050 v1/PA

*IT IS SO ORDERED — Judge Charles R. Breyer, United States District Court, Northern District of California*